GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Defendants Ameriprise Financial, Inc.
and Ameriprise Financial Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC., <br><br> Defendant. | Case No. 13-cv-05161-PSG <br><br> DEFENDANTS AMERIPRISE FINANCIAL, INC. AND AMERIPRISE FINANCIAL SERVICES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16, Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc. for their disclosure statements, state that Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc. are wholly owned by AMPF Holding Corporation. Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc. are not aware of any other publicly traded company owning 10% or more of its stock.

Respectfully submitted November 22, 2013.

/s/ Gregory S. Tamkin
Gregory S. Tamkin
Case Collard
DORSEY & WHITNEY, LLP
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone:(303) 629-3400
Facsimile: (303) 629-3450
***Attorneys for Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc.***

CERTIFICATE OF SERVICE

On November 22, 2013, I caused the foregoing document, titled DEFENDANTS AMERIPRISE FINANCIAL, INC. AND AMERIPRISE FINANCIAL SERVICES, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to General Order No. 45, Sections II.G. and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

*/s/ Gregory S. Tamkin*
Gregory S. Tamkin