Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

Attorneys for Defendants Versata Software, Inc.,
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
and Aurea Software, Inc. a/k/a Aurea, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, California Corporation<br><br>Plaintiff,<br><br>v.<br><br>**Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation, **Pacific Life Insurance Company,** a Nebraska corporation; **United Healthcare Services, Inc.,** a Minnesota corporation; **Metropolitan Life Insurance Company,** a New York corporation; **The Prudential Insurance Company of America,** a New Jersey corporation; **Wellmark, Inc.,** an Iowa corporation, **Waddell & Reed Financial, Inc.,** a Delaware corporation; and **Aviva USA Corporation,** an Iowa corporation,<br><br>Defendants. | Case No. 5:13-cv-05161<br><br>NOTICE OF APPEARANCE OF COUNSEL |

Defendants Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc. a/k/a Aurea, Inc. hereby notify the Court and all parties of

NOTICE OF APPERANCE          1          CASE NO. 5:13-CV-05161

record that Alisa Lipski, State Bar No. 278710, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., 1221 McKinney, Suite 3460, Houston, TX 77010, (713) 655-1101, will be appearing as an attorney of record on its behalf in the above – styled and numbered cause.

Dated: November 25, 2013  /s/ Alisa Lipski
Alisa Lipski
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

Attorneys for Defendants Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc. a/k/a Aurea, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 25, 2013  /s/ Alisa Lipski
Alisa Lipski

4823-9581-8007, v. 1