GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone:  (303) 629-3400
Facsimile:   (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Defendants Ameriprise Financial, Inc.*
*and Ameriprise Financial Services, Inc.*

JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
ANSEL HALLIBURTON (State Bar No. 282906)
COMPUTER LAW GROUP LLP
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com
Email: ahalliburton@computerlaw.com
401 Florence Street
Palo Alto, CA 94301
Telephone:  (650) 327-9800
Facsimile:   (650) 618-1863
*Attorneys for Plaintiff XimpleWare Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIMPLEWARE CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AUREA SOFTWARE, INC A/K/A AUREA, INC.; PACIFIC LIFE INS. CO; UNITED HEATHCARE SERVICES, INC.; METROPOLITAN LIFE INS. CO.; THE PRUDENTIAL INS. CO. OF AMERICA; WELLMARK, INC.; WADDELL & REED FINANCIAL, INC.; AND AVIVA USA CORP.,<br><br>        Defendants. | Case No. 13-cv-05161-PSG<br><br><br>[PROPOSED] ORDER GRANTING STIPULATION BETWEEN PLAINTIFF XIMPLEWARE AND DEFENDANT AMERIPRISE FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF XIMPLEWARE'S CLAIMS OF PATENT INFRINGEMENT AND DECLARATORY JUDGMENT |

Based on the Stipulation between the parties, **IT IS HERBY ORDERED THAT** Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc., ("Ameriprise") have up through and including January 23, 2014 to file a reply brief in support of its Motion to Dismiss Plaintiff XimpleWare's Claims of Patent Infringement and Declaratory Judgment.

Dated <u>January 24</u>, 2014.

Paul Singh Grewal
United States District Judge