| | |
|---|---|
| ROBERT M. MASTERS (DC Bar # 435623) | MICHAEL W. STEVENS (SB# 258042) |
| (*Pro hac vice* forthcoming) | PAUL HASTINGS LLP |
| RYAN D. FABRE (DC Bar #1015315) | 55 Second Street |
| (*Pro hac vice* forthcoming) | Twenty-Fourth Floor |
| PAUL HASTINGS LLP | San Francisco, CA  94105-3441 |
| 875 15th Street, N.W. | Telephone:  1(415) 856-7000 |
| Washington, DC  20005 | Facsimile:  1(415) 856-7100 |
| Telephone:  1(202) 551-1700 | michaelstevens@paulhastings.com |
| Facsimile:  1(202) 551-1705 | |
| robmasters@paulhastings.com | |
| ryanfabre@paulhastings.com | |

Attorneys for Defendant
WADDELL & REED FINANCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., a Delaware Corporation, et al.,<br><br>Defendants. | Case No. 5:13-CV-5161-PSG<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Magistrate Judge: Paul Singh Grewal |

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2  he or she has:
3  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern
4  District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited
5  printed copies are available from the clerk's office for parties in cases not subject to the court's
6  Electronic Case Filing program (EFC) under General Order 45);
7  (2) Discussed the available dispute resolution options provided by the Court and
8  private entities; and
9  (3) Considered whether this case might benefit from any of the available dispute
10 resolution options.

-1-   ADR CERTIFICATION
Case No. 5:13-cv-5161-PSG

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 10, 2014 | For: Defendant Waddell & Reed Financial, Inc. |

_____
Jennifer Lepentis

Dated: March 10, 2014        For: Paul Hastings LLP

/s/ *Michael W. Stevens*
ROBERT M. MASTERS (DC Bar # 435623)
(*Pro hac vice* forthcoming)
RYAN D. FABRE (DC Bar #1015315)
(*Pro hac vice* forthcoming)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: 1(202) 551-1700
Facsimile: 1(202) 551-1705
robmasters@paulhastings.com
ryanfabre@paulhastings.com

MICHAEL W. STEVENS (SB# 258042)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: 1(415) 856-7000
Facsimile: 1(415) 856-7100
michaelstevens@paulhastings.com

Attorneys for Defendant
WADDELL & REED FINANCIAL, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: March 10, 2014        /s/ *Michael W. Stevens*
                             Michael W. Stevens

Case No. 5:13-cv-5161-PSG        -2-        ADR CERTIFICATION