UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XimpleWare Corp., <br><br> Plaintiff(s), <br><br> v. <br><br> Versata Software, Inc., et al., <br><br> Defendant(s). | Case No: 5:13-CV-5161 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Robert M. Masters, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Waddell & Reed Financial, Inc. in the above-entitled action. My local co-counsel in this case is Michael W. Stevens, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul Hastings LLP <br> 875 15th St. NW, Washington DC 20005 | Paul Hastings LLP <br> 55 Second Street, 24th Floor, San Fransisco, CA |
| MY TELEPHONE # OF RECORD: <br> (202) 551-1700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 856-7000 |
| MY EMAIL ADDRESS OF RECORD: <br> robmasters@paulhastings.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> michaelstevens@paulhastings.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 435623.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/10/14

Robert M. Masters
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert M. Masters is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 11, 2014

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE