# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: March 11, 2014                                    Time in Court: 1 hour and 14 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: XimpleWare, Corp. v. Versata Software, Inc. f/k/a Trilogy Software, Inc., et al.
CASE NUMBER**: CV13-05161 PSG
Plaintiff Attorney(s) present: Jack Russo & Ansel Halliburton
Defendant Attorney(s) present: Clay James, Michael Stevens, Greg Tamkin & David Bohrer.
Also present: Amir Alavi

### PROCEEDINGS:
1.) Defendants Ameriprise Financial, Inc. & Ameriprise Financial Services, Inc.'s Renewed Motion to Dismiss Plaintiff XimpleWare Corp.'s Claims of Patent Infringement & Declaratory Judgment (Dkt. 25)
2.) Defendant United HealthCare Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 33)
3.) Defendants Pacific Life Insurance Company, Metropolitan Life Insurance Company, The Prudential Insurance Company of America, WellMark, Inc. & Aviva USA Corp.'s Motion to Dismiss Claims of Patent Infringement & Declaratory Judgement (Dkt. 38)
4.) Defendants Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. & Aurea Software, Inc. a/k/a Aurea, Inc.'s Motion to Dismiss (Dkt. 39)
5.) Case Management Conference

Parties who have not submitted consent or declination to proceed before a U.S. Magistrate Judge to file on the docket.  Oral consent entered as to Defendant Waddell & Reed, Inc.  The court takes matters under submission; written order to be issued.  Setting of case management schedule deferred pending ruling on motions to dismiss.  Court to set status conference.  Discovery is stayed until order on motions to dismiss issued.  Counsel may reach out to the court to schedule interim status conference if any issues arise.

///