Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
Ansel Halliburton (Cal. Bar No. 282906)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com
ahalliburton@computerlaw.com

Attorneys for Plaintiff
XIMPLEWARE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, a California Corporation,<br><br>                Plaintiff;<br><br>   v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; **Ameriprise Financial Services, Inc.**, a Delaware corporation; **Aurea Software, Inc., a/k/a Aurea, Inc.,** a Delaware corporation; **Pacific Life Insurance Company**, a Nebraska corporation; **United HealthCare Services, Inc.**, a Minnesota corporation; **Metropolitan Life Insurance Company**, a New York corporation; **The Prudential Insurance Company of America**, a New Jersey corporation; **Wellmark, Inc.**, an Iowa corporation, **Waddell & Reed Financial, Inc.**, a Delaware corporation; and **Aviva USA Corporation**, an Iowa corporation,<br><br>                Defendants. | Case No. 5:13-cv-05161 PSG<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE HEARING DATE<br><br>**Civ. L.R. 6-1(b)** |

### STIPULATION TO CONTINUE HEARING DATE

This Stipulation is entered into by Plaintiff XimpleWare, Corp. and Defendants United Healthcare Services, Inc., Waddell & Reed Financial, Inc., Pacific Life Insurance Co., The Prudential Insurance Company of America, Wellmark, Inc., Aviva USA Corp., Versata Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc., by their respective counsel.

### RECITALS

WHEREAS several motions have been set to be heard in the U.S. District Court of the Northern District of California before Magistrate Judge Paul S. Grewal on August 14, 2014 at 1:30 P.M.;

WHEREAS counsel for Plaintiff XimpleWare Corp. is unable to attend the hearings on the date currently set due to unforeseen circumstances involving serious illness of a family member;

THEREFORE, pursuant to Civil L.R. 6-1(b), counsel for the above mentioned parties stipulate to continue the date of the hearing of the following motions, concurrently set for August 14, 2014 at 1:30 P.M., to **September 9, 2014 at 10:00 A.M** or as soon thereafter as they may be heard in the U.S. District Court of the Northern District of California:

1. Defendant United Healthcare Services, Inc.'s Motion to Dismiss (Dkt. 89);
2. Defendant Waddell & Reed Financial, Inc.'s Motion to Dismiss (Dkt. 90);
3. Defendants Pacific Life Insurance, Co.'s, The Prudential Insurance Company of America's, Wellmark, Inc.'s, and Aviva USA Corp.'s Motion to Dismiss (Dkt. 91);
4. Defendants Versata Software, Inc.'s, Trilogy Development Group, Inc.'s and Aurea Software, Inc.'s Motion to Dismiss (Dkt. 93).

//
//
//

| | | | | |
|---|---|---|---|---|
| 1 | // | | | |
| 2 | | | | |
| 3 | **SO STIPULATED.** | | | COMPUTERLAW GROUP, LLP |
| 4 | Dated: | August 8, 2014 | By: | /s/ Christopher Sargent |
| 5 | | | | Jack Russo<br>Christopher Sargent |
| 6 | | | | Ansel Halliburton |
| 7 | | | | Attorneys for Plaintiff |
| 8 | | | | XIMPLEWARE CORP. |
| 9 | | | | HOGAN LOVELLS US, LLP |
| 10 | Dated: | August 8, 2014 | By: | /s/ Clayton C. James |
| 11 | | | | Clayton C. James<br>Srecko Vidmar |
| 12 | | | | Attorneys for Defendant |
| 13 | | | | UNITED HEALTHCARE SERVICES, INC. |
| 14 | | | | PAUL HASTINGS, LLP |
| 15 | Dated: | August 8, 2014 | By: | /s/ Robert M. Masters |
| 16 | | | | Robert M. Masters<br>Elizabeth A. Dorsi |
| 17 | | | | Ryan D. Fabre |
| 18 | | | | Attorneys for Defendant<br>WADDELL & REED FINANCIAL, INC. |
| 19 | | | | |
| 20 | | | | AHMAD, ZAVITSANOS, ANAIPAKOS,<br>ALAVI & MENSING, P.C. |
| 21 | Dated: | August 8, 2014 | By: | /s/ Amir Alavi |
| 22 | | | | Alisa Lipski<br>Amir Alavi |
| 23 | | | | Benjamin F. Foster |
| 24 | | | | Attorneys for Defendants |
| 25 | | | | PACIFIC LIFE INS., CO.<br>METROPOLITAN LIFE INS., CO. |
| 26 | | | | THE PRUDENTIAL INS. COMPANY OF<br>AMERICA |
| 27 | | | | WELLMARK, INC.<br>AVIVA USA, CORP. |
| 28 | // | | | |

Stip. and [~~Proposed~~] Order to Continue Hr'g Date      2      Case No. 5:13-cv-05161

1  //

                                                        AHMAD, ZAVITSANOS, ANAIPAKOS,
                                                        ALAVI & MENSING, P.C.

Dated:      August 8, 2014              By:     /s/ Amir Alavi
                                                Alisa Lipski
                                                Amir Alavi
                                                Benjamin F. Foster

                                                Attorneys for Defendants
                                                VERSATA SOFTWARE, INC.
                                                TRILOGY DEVELOPMENT GROUP, INC.
                                                AUREA SOFTWARE, INC.

**IT IS SO ORDRED.**

Dated: August 12, 2014                  _____
                                        The Honorable Paul S. Grewal
                                        United States Magistrate Judge