1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  Ansel Halliburton (Cal. Bar No. 282906)
   COMPUTERLAW GROUP LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  (650) 327-9800
   (650) 618-1863 fax
5  jrusso@computerlaw.com
   csargent@computerlaw.com
6  ahalliburton@computerlaw.com

7  Attorneys for Plaintiff
   XIMPLEWARE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, a California Corporation,<br><br>         Plaintiff;<br><br>     v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; **Ameriprise Financial Services, Inc.**, a Delaware corporation; **Aurea Software, Inc., a/k/a Aurea, Inc.,** a Delaware corporation; **Pacific Life Insurance Company**, a Nebraska corporation; **United HealthCare Services, Inc.**, a Minnesota corporation; **Metropolitan Life Insurance Company**, a New York corporation; **The Prudential Insurance Company of America**, a New Jersey corporation; **Wellmark, Inc.**, an Iowa corporation, **Waddell & Reed Financial, Inc.**, a Delaware corporation; and **Aviva USA Corporation**, an Iowa corporation,<br><br>         Defendants. | Case No. 5:13-cv-05161-PSG<br><br>**NOTICE OF PARTIAL DISMISSAL**<br><br>Fed. R. Civ. P. Rule 41(a)(1) |

1     Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff XimpleWare Corp.
2 hereby dismisses Defendant The Prudential Insurance Company of America without prejudice.

                                                             COMPUTERLAW GROUP LLP

Dated: August 22, 2014                 By:    /s/ Ansel Halliburton
                                                                   Jack Russo
                                                                     Christopher Sargent
                                                                     Ansel Halliburton

                                                                     Attorneys for Plaintiff
                                                                   XIMPLEWARE CORP.

Computerlaw Group LLP
www.computerlaw.com<sup>sm</sup>