# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: September 9, 2014                    Time in Court: 1 hour & 1 minute

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

---

**TITLE: XimpleWare, Corp. v. Versata Software, Inc. f/k/a Trilogy Software, Inc., et al.**
**CASE NUMBER**: CV13-05161 PSG
Plaintiff Attorney(s) present: Jack Russo
Defendant Attorney(s) present: Robert Masters, David Bohrer, Alisa Lipski & Clayton James.
Also present (telephonically): Case Collard

---

### PROCEEDINGS:
**1.) Defendant United Healthcare Services, Inc.'s Motion to Dismiss Second Amended Complaint (Dkt. 89)**
**2.) Defendant Waddell & Reed Financial, Inc.'s Motion to Dismiss Second Amended Complaint (Dkt. 90)**
**3.) Defendants Pacific Life Insurance Co., Metropolitan Life Insurance Co., The Prudential Insurance Co., WellMark, Inc. & Aviva USA Corp.'s Motion to Dismiss (Dkt. 91)**
**4.) Defendants Versata Software, Inc., Trilogy Development Group, Inc. & Aurea, Inc.'s Motion to Dismiss (Dkt. 93)**

The court takes matters under submission; written order to be issued.

///