About   Resources   Community   Participate   Submit your story   The open source way   Visit opensource.org

Log in   Sign Up

Search opensource

# Opensource.com July 2014 report: Top 10 articles, site stats, and more

Posted 12 Aug 2014 by (/users/jhibbets)Jason Hibbets (/users/jhibbets) (Red Hat)

Rating:    (7 votes)



*Image by :* opensource.com

Tweet   reddit this! (http://reddit.com/submit?url=http%3A%2F%2Fopensource.com%2Flife%2F14%2F8%2Fcommunity-report-july-2014&title=Opensource.com July 2014 report: Top 10 articles, site stats, and more)   StumbleUpon

We had an amazing July on Opensource.com bringing in 383,960 page views and 217,933 unique visits. We published a record 82 articles including 18 interviews with OSCON speakers (http://opensource.com/business/14/7/speaker-interview-series-oscon-2014) for this month's themed content.

## Highlights

The article, Who's using Docker? (http://opensource.com/business/14/7/docker-through-hype) by Ben Lloyd Pearson, was featured on ZDNet in this post by Stephen J Vaughn-Nichols: What is Docker and why is it so darn popular? (http://www.zdnet.com/what-is-docker-and-why-is-it-so-darn-popular-7000032269/)

Richard Stallman commented (http://opensource.com/comment/39980#comment-39980) on this article by Aaron Williamson: Lawsuit threatens to break new ground on the GPL and software licensing issues (http://opensource.com/law/14/7/lawsuit-threatens-break-new-ground-gpl-and-software-licensing-issues)

(Learn more about Stallman and other open source leaders of the movement in this documentary (https://www.youtube.com/watch?v=jw8K460vx1c).)

## Rankings

Our OSCON speaker interview series ran from July 7 through July 18. We published 18 interviews, ten of which got more than 1,000 page views. Particularly, Jodi Biddle's interview with Docker's James Turnbull (http://opensource.com/business/14/7/why-docker-new-craze-virtualization-and-cloud-computing) went big on Hacker News, bringing in almost 20,000 page views. The interviews brought in almost 40,000 page views in aggregate.

July continued on a steady pace of interest for our OpenStack content. We published 13 new articles generating 14,313 page views. Our What is OpenStack? (http://opensource.com/resources/what-is-openstack) page continues to perform well in search and had its best month bringing in 6,742 page views. The page is also featured in the Google definition box—which we're very excited about.

Our What is open source? (http://opensource.com/resources/what-open-source) page maintained the #1 position in search results and generated 13,608 page views.

For the seventh month in a row, the top article was Top 5 open source project management tools in 2014 (http://opensource.com/business/14/1/top-project-management-tools-2014) by Robin Muilwijk, an Opensource.com Community Moderator. This article continues to get steady search traffic and was the most visited page on the site with more than 40,000 page views.

## Editor's picks

With more than 80 articles published in July, it was a difficult to choose the best of

all the open source goodness. But, I did. Here are a few to add to your reading list (if you haven't already):

- Community moderator Scott Nesbitt takes a look at the five open source CRM (http://opensource.com/business/14/7/top-5-open-source-crm-tools) (customer relationship management) tools and six open source tools for data journalism (http://opensource.com/life/14/7/6-open-source-tools-data-journalism).
- As part of our young professionals in open source theme, see why you should learn as much as you can (http://opensource.com/business/14/7/looking-for-technology-job) about open source and how collaboration looks different (http://opensource.com/education/14/7/red-hat-intern-story-collaboration) in the work place compared to in school.
- An interview with Karen Sandler (http://opensource.com/life/14/7/interview-karen-sandler-software-freedom-conservancy), the Executive Director of the non-profit Software Freedom Conservancy, reveals an identity crisis in open source.
- Teaching Internet safety in the classroom (http://opensource.com/education/14/7/internet-safety-classroom-education) is an important topic, which is why the IT Director for Penn Manor School District, Charlie Reisinger, has something to say about it.
- Docker. Need I say more? Jérôme Petazzoni, a senior software engineer at Docker, tells us about the amazing growth of Linux containers (http://opensource.com/business/14/7/interview-j%C3%A9r%C3%B4me-petazzoni-docker%20).

## Top 10 articles published in July 2014

1. Why is Docker the new craze in virtualization and cloud computing? (Why%20is Docker the new craze in virtualization and cloud computing?), by Jodi Biddle (Red Hat) | 18,783 (page views)
2. Docker security with SELinux (Docker%20security with SELinux), by Daniel J Walsh (Red Hat) | 7,924 (page views)
3. What is a software engineering job really like? (http://opensource.com/life/14/7/red-hat-intern-sys-admin), by Anne LoVerso (Red Hat) | 4,255 (page views)
4. 3 open source tools to make your presentations pop (http://opensource.com/life/14/7/3-open-source-tools-make-your-presentations-pop), by Joshua Holm (Community Moderator) | 4,115 (page views)

5. Lawsuit threatens to break new ground on the GPL and software licensing issues (http://opensource.com/law/14/7/lawsuit-threatens-break-new-ground-gpl-and-software-licensing-issues), by Aaron Williamson | 3,481 (page views)

6. Managing passwords the open source way (http://opensource.com/life/14/7/managing-passwords-open-source-way), Fedora Magazine | 3,305 (page views)

7. Who's using Docker? (http://opensource.com/business/14/7/docker-through-hype), by Ben Lloyd Pearson | 3,240 (page views)

8. How open source launched my small business (http://opensource.com/business/14/7/how-open-source-launched-my-small-business), by Michael Parks | 2,124 (page views)

9. How DreamHost is reinventing itself with OpenStack (http://opensource.com/business/14/7/dreamhost-and-openstack-love-story), by Jonathan LaCour | 2,108 (page views)

10. Looking for a technology job? Learn as much as you can about open source (http://opensource.com/business/14/7/looking-for-technology-job%20), by Josh Teder (Red Hat) | 2,078 (page views)

## Top 10 articles overall in July 2014

1. Top 5 open source project management tools in 2014 (http://opensource.com/business/14/1/top-project-management-tools-2014), by Robin Muilwijk | 41,954 (page views)

2. Why is Docker the new craze in virtualization and cloud computing? (Why%20is Docker the new craze in virtualization and cloud computing?), by Jodi Biddle (Red Hat) | 18,783 (page views)

3. Docker security with SELinux (Docker%20security with SELinux), by Daniel J Walsh (Red Hat) | 7,924 (page views)

4. What is a software engineering job really like? (http://opensource.com/life/14/7/red-hat-intern-sys-admin), by Anne LoVerso (Red Hat) | 4,255 (page views)

5. 3 open source tools to make your presentations pop (http://opensource.com/life/14/7/3-open-source-tools-make-your-presentations-pop), by Joshua Holm (Community Moderator) | 4,115 (page views)

6. 3 open source content management systems compared (http://opensource.com/business/14/6/open-source-cms-joomla-

wordpress-drupal), by Nitish Tiwari | 3,832 (page views)

7. Tools for diagramming in Fedora (http://opensource.com/life/14/6/tools-diagramming-fedora), by Máirín Duffy (Red Hat) | 3,724 (page views)

8. Lawsuit threatens to break new ground on the GPL and software licensing issues (http://opensource.com/law/14/7/lawsuit-threatens-break-new-ground-gpl-and-software-licensing-issues), by Aaron Williamson | 3,481 (page views)

9. Managing passwords the open source way (http://opensource.com/life/14/7/managing-passwords-open-source-way), Fedora Magazine | 3,305 (page views)

10. Who's using Docker? (http://opensource.com/business/14/7/docker-through-hype), by Ben Lloyd Pearson | 3,240 (page views)

## Stats

- Opensource.com homepage: 26,026 page views (last month: 23,294 page views)
- What is open source? (http://opensource.com/resources/what-open-source) resource page: 13,608 page views (last month: 13,069 page views)
- What is OpenStack? (http://opensource.com/resources/what-is-openstack) resource page: 6,566 page views (last month: 5,165 page views)
- Articles published: 82

*What do you get out of this report? Tell us in the comments.*

 (http://creativecommons.org/licenses/by-sa/4.0/)



Retro operating systems on Raspberry Pi, Ouya developer tutorial, and more (/life/14/8/open-source-games-august-9)



Intro to Linux course, CERN, Google I/O app, and more (/life/14/8/intro-linux-course-cern-google-io-app-and-more)



4 lessons from the trenches of community management (/business/14/8/4-lessons-trenches-community-management)

Tags: opensource.com (/tags/opensourcecom)   report (/tags/report)   top 10 (/tags/top-10)   open source news (/tags/open-source-news)

Tweet   (http://reddit.com/submit?url=http%3A%2F%2Fopensource.com%2Flife%2F14%2F8%2Fcommunity-report-july-2014&title=Opensource.com July 2014 report: Top 10 articles, site stats, and more)

## Comment now:

Login or Register (/user?destination[destination]=node/18433) to earn points for your comments.

**Your name** *

**E-mail** *

The content of this field is kept private and will not be shown publicly.

☐ Accept the Terms of Use (/legal) to continue. You are licensing your contribution(s) as CC-BY-SA. *

By submitting this form, you accept the Mollom privacy policy (https://mollom.com/web-service-privacy-policy).

Save   Preview



Jason Hibbets is a project manager in Corporate Marketing at Red Hat where he is the lead administrator, content curator, and community manager for Opensource.com. He has been with Red Hat since 2003 and is the author of, The foundation for an open source city (http://theopensourcecity.com/). Prior roles include senior marketing specialist, Red Hat Knowledgebase maintainer, and support engineer.
Follow him on Twitter: @jhibbets

[(http://twitter.com/jhibbets)](http://twitter.com/jhibbets)

» More about me [(/users/jhibbets)](/users/jhibbets)

- Top 5 open source project management tools in 2014 [(http://opensource.com/business/14/1/top-project-management-tools-2014)](http://opensource.com/business/14/1/top-project-management-tools-2014)
- Why is Docker the new craze in virtualization and cloud computing? [(/business/14/7/why-docker-new-craze-virtualization-and-cloud-computing)](/business/14/7/why-docker-new-craze-virtualization-and-cloud-computing)
- Docker security with SELinux [(/business/14/7/docker-security-selinux)](/business/14/7/docker-security-selinux)
- What is a software engineering job really like? [(/life/14/7/red-hat-intern-sys-admin)](/life/14/7/red-hat-intern-sys-admin)
- 3 open source tools to make your presentations pop [(/life/14/7/3-open-source-tools-make-your-presentations-pop)](/life/14/7/3-open-source-tools-make-your-presentations-pop)
- Tools for diagramming in Fedora [(http://opensource.com/life/14/6/tools-diagramming-fedora)](http://opensource.com/life/14/6/tools-diagramming-fedora)
- 3 open source content management systems compared [(/business/14/6/open-source-cms-joomla-wordpress-drupal)](/business/14/6/open-source-cms-joomla-wordpress-drupal)
- Lawsuit threatens to break new ground on the GPL and software licensing issues [(/law/14/7/lawsuit-threatens-break-new-ground-gpl-and-software-licensing-issues)](/law/14/7/lawsuit-threatens-break-new-ground-gpl-and-software-licensing-issues)

(/node/17753)

(/node/17733)

(http://twitter.com/opensourceway) (http://facebook.com/pages/opensourcecom/162962298056) (https://plus.google.com/108750398488318674353) (http://www.flickr.com/photos/opensourceway) (http://www.youtube.com/opensourceway) (http://pinterest.com/opensourceway/) (http://www.linkedin.com/groups/Open-Source-Professionals-Advocates-2769297?gid=2769297) (http://opensource.com/feed)

Sign Up