1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6
7  Attorneys for Plaintiff
   XIMPLEWARE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, a California Corporation,<br><br>    Plaintiff;<br><br>v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc.**, a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.**, a Delaware corporation; **Aurea Software, Inc., a/k/a Aurea, Inc.**, a Delaware corporation; **Pacific Life Insurance Company**, a Nebraska corporation; **United HealthCare Services, Inc.**, a Minnesota corporation; **Metropolitan Life Insurance Company**, a New York corporation; **The Prudential Insurance Company of America**, a New Jersey corporation; **Wellmark, Inc.**, an Iowa corporation, **Waddell & Reed Financial, Inc.**, a Delaware corporation; and **Aviva USA Corporation**, an Iowa corporation,<br><br>    Defendants. | Case No. 5:13-cv-05161 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS AVIVA USA CORP.'S, METROPOLITAN LIFE INS. CO.'S, PACIFIC LIFE INSURANCE CO.'S, AND WELLMARK INC.'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. RULE 11.**<br><br>Date: December 2, 2014<br>Time: 10:00 A.M.<br>Location: Courtroom 5-4th Floor<br>Judge: Hon. Paul S. Grewal |

### STIPULATION TO CONTINUE HEARING DATE

This Stipulation is entered into by Plaintiff XimpleWare, Corp. and Defendants United Healthcare Services, Inc., Waddell and Reed Financial, Inc., Pacific Life Insurance Co., The Prudential Insurance Company of America, Wellmark, Inc., Aviva USA Corp., Versata Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc., by their respective counsel.

### RECITALS

WHEREAS Defendants Aviva USA Corp.'s, Metropolitan Life Ins. Co.'s, Pacific Life Insurance Co.'s, and Wellmark Inc.'s Motion for Sanctions Under Fed. R. Civ. P. Rule 11 (Dkt. 130, 141) is currently specially set for hearing in the U.S. District Court of the Northern District of California for December 2, 2014 at 9:00 A.M.

WHEREAS Jack Russo, counsel for Plaintiffs, will be unavailable on December 2, 2014; Mr. Russo's father passed away this week and Mr. Russo will be in Florida with his family on the week of December 2, 2014.

WHEREAS the parties jointly request that the motion hearing date be reset to December 9, 2014 at 9:00 A.M.

THEREFORE, counsel for the above mentioned parties stipulate to continue the date of hearing on Defendants Aviva USA Corp.'s, Metropolitan Life Ins. Co.'s, Pacific Life Insurance Co.'s, and Wellmark Inc.'s Rule 11 Motion for Sanctions, currently set for December 2, 2014 at 9:00 A.M., to December 9, 2014 at 9:00 A.M.

IT IS SO STIPULATED.

|   |   |   |   |
|---|---|---|---|
| | | | COMPUTERLAW GROUP, LLP |
| Dated: | November 25, 2014 | By: | /s/ Christopher Sargent |
| | | | Jack Russo |
| | | | Christopher Sargent |
| | | | |
| | | | Attorneys for Plaintiff |
| | | | XIMPLEWARE CORP. |
| | | | |
| | | | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C. |
| Dated: | November 25, 2014 | By: | /s/ Benjamin F. Foster |
| | | | Alisa Lipski |
| | | | Amir Alavi |
| | | | Benjamin F. Foster |
| | | | |
| | | | Attorneys for Defendants |
| | | | PACIFIC LIFE INS., CO. |
| | | | METROPOLITAN LIFE INS., CO. |
| | | | WELLMARK, INC. |
| | | | THE PRUDENTIAL INS. COMPANY OF AMERICA |
| | | | AVIVA USA, CORP. |
| | | | VERSATA SOFTWARE, INC. |
| | | | TRILOGY DEVELOPMENT GROUP, INC. |
| | | | AUREA SOFTWARE, INC. |

## [PROPOSED] ORDER

IT IS ORDERED that the hearing on Defendants Aviva USA Corp.'s, Metropolitan Life Ins. Co.'s, Pacific Life Insurance Co.'s, and Wellmark Inc.'s Motion for Sanctions under Fed. R. Civ. P. Rule 11 be continued to December 9, 2014 at 10:00 A.M.

Dated: _____

                                                The Honorable Paul S. Grewal
                                                United States Magistrate Judge

**ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

Dated: November 25, 2014            /s/ Christopher Sargent
                                    Christopher Sargent