1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   XIMPLEWARE CORP.
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 **XimpleWare Corp.**, a California
   Corporation,                              Case No. 5:13-cv-5161 PSG
12
                    Plaintiff;               **NOTICE OF SETTLEMENT**
13
            v.
14
   **Versata Software, Inc., f/k/a Trilogy
15 Software, Inc.,** a Delaware corporation;
   **Trilogy Development Group, Inc.**, a
16 California corporation; **Ameriprise
   Financial, Inc.,** a Delaware corporation;
17 **Ameriprise Financial Services, Inc.**, a
   Delaware corporation; **Aurea Software, Inc.
18 a/k/a Aurea, Inc.**, a Delaware corporation,
   **Pacific Life Insurance Company,** a
19 Nebraska corporation; **United HealthCare
   Services**, a Minnesota corporation;
20 **Metropolitan Life Insurance Company**, a
   New York Corporation; **The Prudential
21 Insurance Company of America**, a New
   Jersey corporation; **Wellmark, Inc.**, an Iowa
22 corporation, **Waddell & Reed Financial,
   Inc.**, a Delaware corporation; and **Aviva USA
23 Corporation**, an Iowa corporation,

24                 Defendants.

25

26

27

28

Notice of Settlement                                    Case No. 5:13-cv-5161 PSG

**Computerlaw Group LLP**
www.computerlaw.com[sm]

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that following Mediation with the Hon. James Ware (Ret.) a settlement has been reached in this matter. It is anticipated by the parties that all parties will jointly execute a dismissal with prejudice later this month following the execution of formal documents among and between the parties.

Dated: February 10, 2015

Respectfully submitted,
COMPUTERLAW GROUP LLP

By:   /s/ Jack Russo
Jack Russo

Attorneys for Plaintiff
XIMPLEWARE CORP.