UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., | Case No. 5:13-cv-05161-PSG |
| Plaintiff, | **ORDER DENYING MOTIONS FOR SANCTIONS AND FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| VERSATA SOFTWARE, ET AL., | |
| Defendants. | **(Re: Docket Nos. 130, 154)** |

In light of XimpleWare's notice of settlement following mediation,[1] Defendants' motion for sanctions[2] and XimpleWare's motion for leave to file a third amended complaint[3] are denied without prejudice. The parties shall appear for a status conference on March 10, 2015. If the case is dismissed prior to the conference, the parties obviously need not appear. If the case is not dismissed, at the hearing the parties shall inform the court whether they wish to refile their motions. The court will resolve any refiled motion on the present record.

---

[1] *See* Docket No. 180.

[2] *See* Docket No. 130.

[3] *See* Docket No. 154.

1

Case No. 5:13-cv-05161-PSG
ORDER DENYING MOTIONS FOR SANCTIONS AND FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

1
2   **SO ORDERED.**
3   Dated: February 11, 2015
4
5                                                         _____
                                                          PAUL S. GREWAL
                                                          United States Magistrate Judge

2

Case No. 5:13-cv-05161-PSG
ORDER DENYING MOTIONS FOR SANCTIONS AND FOR LEAVE TO FILE THIRD AMENDED COMPLAINT