**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **XIMPLEWARE CORP.,** | Case No. 5:13-cv-05161-PSG |
| Plaintiff, | [P~~ROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| **VERSATA SOFTWARE, INC., ET AL.,** | Magistrate Judge: Hon Paul S. Grewal |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Plaintiff XimpleWare, Corp. and Defendants United Healthcare Services, Inc., Ameriprise Financial Services, Inc., Ameriprise Financial, Inc., Waddell & Reed Financial, Inc., Pacific Life Insurance Co., Wellmark, Inc., Aviva USA Corp., Metropolitan Life Insurance Company, Versata Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc. filed a Joint Stipulation to Continue Status Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the status conference currently scheduled for March 17, 2015 be rescheduled for a date no earlier than April 16, 2015.

Dated: March  16 , 2014

_____
Paul S. Grewal
United States Magistrate Judge