UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIMPLEWARE CORP., <br><br>             Plaintiff, <br><br> v. <br><br> VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.,; AMERIPRISE FINANCIAL SERVICES, INC., AUREA SOFTWARE, INC. A/K/A AUREA, INC.,; PACIFIC LIFE INS. CO; UNITED HEALTHCARE SERVICES, INC.; METROPOLITAN LIFE INS. CO.; THE PRUDENTIAL INS. CO. OF AMERICA; WELLMARK, INC.; WADDELL & REED FINANCIAL, INC.; AND AVIVA USA CORP., <br><br>             Defendants. | Case No. 5:13-cv-05161-PSG <br><br> **DECLARATION IN SUPPORT OF JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** <br><br> Date:     April 23, 2015 <br> Time:    10:00 a.m. <br> Location: Courtroom 5–4th Floor <br> Judge:   Hon. Paul S. Grewal |

I, Steven Mitby, under penalty of perjury, hereby declare as follows:

1. I am an attorney at Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., and represent Defendants Versata Software, Inc., Trilogy Development Group, Inc., Aurea Software, Inc., Pacific Life Insurance Co., Metropolitan Life Insurance Company, Aviva USA Corp., and Wellmark, Inc. in this matter. I am over eighteen years of age and am fully competent to make this declaration.

2. On February 10, 2015, Plaintiff filed a Notice of Settlement stating that the parties anticipated that they would jointly execute a dismissal with prejudice later in the month of February following the execution of formal documents among and between the parties. (Dkt. 180.)

3. On February 11, 2015, the Court denied the pending motions without prejudice and set a status conference for March 10, 2015 to be held in the event that the case had not yet been dismissed. (Dkt. 181.) The Court reset the date of that status conference to March 17, 2015. (Dkt. 182.)

4. On March 13, 2015, the Parties filed a Stipulation to Continue the March 17, 2015 Status Conference. (Dkt. 183). The Court reset the date of the status conference to April 23, 2015. (Dkt. 186.)

5. The parties are working in good faith to resolve all outstanding issues in this case and believe that they will be able to finalize settlement agreements within twenty-one days of April 23, 2015.

6. There have been several time modifications in this matter. (Dkts. 29, 37, 80–83, 109, 112, 113, 141, 143–145, 161, 170 & 181.) The date for this status conference has been changed twice, by the Court, as mentioned above. (See Dkt. 182 and DKT. 186.)

7. There are no deadlines set following the status conference and the requested modification in the accompanying joint stipulation affects only the date of that status conference.

Dated: April 22, 2015            */s/ Steven Mitby*_____
                                 Steven Mitby